# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| KEVIN CHESTNUT, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No.: 4:16-cv-1721-PLC<br>) |
| DAWAIN WALLACE et al, | )<br>) |
| Defendants. | )<br>) |

## PLAINTIFF CHESTNUT'S MOTION FOR CLERK'S ENTRY OF JUDGMENT AGAINST DEFENDANT DAWAIN WALLACE PURSUANT TO RULE 68 OFFER OF JUDGMENT

**COMES NOW** Plaintiff, Kevin Chestnut, and for his motion states:

1. In Count I of Plaintiff's First Amended Complaint, [Doc 14] Plaintiff states that his "Fourth Amendment Rights to be free from stop, frisk, and arrest without articulable facts from which to form a reasonable suspicion of wrongdoing" were damaged by Defendant Wallace in violation of Title 42 Section 1983.

2. On or about March 19, 2020, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Wallace served upon Plaintiff, an offer of judgment:

   COMES NOW Defendant Officer Dawain Wallace, and pursuant to Rule 68 of the Federal Rules of Civil Procedure, makes an offer of judgment to Plaintiff Kevin Chestnut on Count I of his First Amended Complaint in the amount of five-thousand dollars ($5,000), plus any reasonable attorneys'

fees and costs that have accrued to date, as determined by the Court as more fully set forth in Exhibit 1, attached hereto.

3. Plaintiff accepted Defendant Wallace's offer of judgment by notice served upon Wallace's Counsel on 3/26/2020, attached hereto and marked Exhibit 1.

4. Proof of service of Plaintiff's acceptance of the offer of judgment is attached hereto as Exhibit 2.

**Wherefore** Plaintiff Kevin Chestnut requests the clerk of this court to enter judgment against Defendant Wallace and in favor of Plaintiff Kevin Chestnut on Count I of Plaintiff Chestnut's First Amended Complaint in the amount of Five-Thousand Dollars ($5,000), plus any reasonable attorneys' fees and costs that have accrued to date, as determined by the Court.

Respectfully submitted,

**SCHWARTZ, HERMAN & DAVIDSON**

By:    /s/  Robert Herman
Robert Herman, #32376
8820 Ladue Road, Suite 201
St. Louis, Missouri 63130
Ph: 314/862-0200
Fx: 314/862-3050

Attorney for Plaintiff Kevin Chestnut

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on  March 25, 2020 , the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system.

By:    /s/  Robert Herman